No. 237. NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., *v.* VARIABLE ANNUITY LIFE INSURANCE CO. OF AMERICA ET AL.; and

No. 290. SECURITIES AND EXCHANGE COMMISSION *v.* VARIABLE ANNUITY LIFE INSURANCE CO. OF AMERICA ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *John H. Dorsey* for petitioner in No. 237. *Solicitor General Rankin, Thomas G. Meeker, David Ferber* and *Pace Reich* for petitioner in No. 290. *James M. Earnest, Roy W.*

*McDonald* and *Malcolm Fooshee* for the Variable Annuity Life Insurance Co. of America, and *Benjamin H. Dorsey, Smith W. Brookhart* and *Ralph E. Becker* for the Equity Annuity Life Insurance Co., respondents. Reported below: 103 U. S. App. D. C. 197, 257 F. 2d 201.